Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Francisca Moralez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ONE NOB HILL ASSOCIATES, LLC; IHG MANAGEMENT (MARYLAND) LLC, dba MARK HOPKINS INTERCONTINENTAL HOTEL;<br><br>        Defendants. | No.  4:16-cv-03671-JSW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Francisca Moralez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including November 11, 2016 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: October 12, 2016                            MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff
                                                            Francisca Moralez