Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

              Plaintiff,

      vs.

ONE NOB HILL ASSOCIATES, LLC; IHG
MANAGEMENT (MARYLAND) LLC, dba
MARK HOPKINS INTERCONTINENTAL
HOTEL;

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:16-cv-03671-JSW

**NOTICE OF VOLUNTARY DISMISSAL
OF ENTIRE ACTION**

     WHEREAS, no Defendant has filed an answer or motion for summary judgment;

     WHEREAS, Plaintiff and Defendants have settled the matter;

     WHEREAS, no counterclaim has been filed;

     Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 28, 2016          MOORE LAW FIRM, P.C.

                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorney for Plaintiff,
                               Francisca Moralez